UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

WILLIE MCCLARY,

                                                  Plaintiff,

-against-

THE CITY OF NEW YORK, NYPD Sergeant Brian Scalise
and NYPD Officer Todd Hansen (Shield #13329).,

                                                  Defendants.

------------------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 1 2017 ★

BROOKLYN OFFICE

**STIPULATION AND
ORDER OF DISMISSAL**

14-cv-6230 (ARR) (RML)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2017

MICHAEL J. REDENBURG
*Attorney for Plaintiff*
11 Park Place, Room 817
New York, New York 10007

By: _____
Michael J. Redenburg
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York, Scalise, and Hansen*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____   4/27/17
Omar J. Siddiqi
*Assistant Corporation Counsel*

SO ORDERED:

/s/(ARR)
_____
HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

Dated: 4/28, 2017

2